IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD BLEDSAW,                                    07-CV-499-PK

        Plaintiff,                            ORDER

v.

GUY HALL, et al,

        Defendant.

**TODD BLEDSAW**
15537082
Two Rivers Correctional Institution
82911 Beach Access Road
Umatilla, OR  97882-9419

        Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**JACQUELINE SADKER**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301

        Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#18) on March 21, 2008, in which he recommended

1 - ORDER

this Court grant Defendants' Unenumerated 12(b) Motion to Dismiss - Failure to Exhaust (#14) and dismiss this action without prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** the Magistrate Judge's Findings and Recommendation (#18). Accordingly, the Court **GRANTS** Defendants' Unenumerated 12(b) Motion to Dismiss - Failure to Exhaust (#14) and **DISMISSES** this action **without prejudice**.

IT IS SO ORDERED.

DATED this ___29th___ day of April, 2008.

    ____/s/ Anna J. Brown_____
    ANNA J. BROWN
    United States District Judge